1  D. Douglas Grubbs *(Admitted PHV)*
   Adam K. Pulaski (*Admitted PHV*)
2  **PULASKI KHERKHER, PLLC**
   2925 Richmond Avenue, Ste 1725
3  Houston, TX 77098
   Telephone: 713-664-4555
4  Facsimile: 713-664-7543
   Email: dgrubbs@pulaskilawfirm.com
5  Email: adam@pulaskilawfirm.com

6  *Counsel for Plaintiff*

7                        **UNITED STATES DISTRICT COURT**
                         **NORTHERN DISTRICT OF CALIFORNIA**
8                          **SAN FRANCISCO DIVISION**

9  | IN RE: UBER TECHNOLOGIES, INC., | MDL No. 3084 CRB |
10 | PASSENGER SEXUAL ASSAULT | |
   | LITIGATION | Honorable Charles R. Breyer |
11 | | |
12 | This Document Relates to: | JURY TRIAL DEMANDED |
13 | | |
   | *T.T. vs. Uber Technologies, Inc., et al; 3:24-cv-* | |
14 | *03004* | |

15

16             **SHORT-FORM COMPLAINT AND DEMAND FOR JURY TRIAL**

17         The Plaintiff named below files this *Short-Form Complaint and Demand for Jury Trial* against

18 Defendants named below by and through the undersigned counsel. Plaintiff incorporates by reference

19 the allegations contained in *Plaintiffs' Master Long-Form Complaint* in *In Re: Uber Technologies,*

20 *Inc., Passenger Sexual Assault Litigation,* MDL No. 3084 in the United States District Court for the

21 Northern District of California. Plaintiff files this *Short-Form Complaint* as permitted by Pretrial

22 Order No. 11 of this Court.

23

24         Plaintiff selects and indicates by checking-off where requested, the Parties and Causes of

25 Actions specific to this case.

26         Plaintiff, by and through their undersigned counsel, allege as follows:

27

28
                                         - 1 -

## I.     DESIGNATED FORUM[1]

1.     Identify the Federal District Court in which the Plaintiff would have filed in the absence of direct filing:

United States District Court for the Eastern District of Texas – Sherman Division

("Transferee District Court").

## II.    IDENTIFICATION OF PARTIES

### A.     PLAINTIFF

1. *Injured Plaintiff:* Name of the individual who alleges they were sexually assaulted, battered, harassed, or otherwise attacked by an Uber driver with whom they were paired while using the Uber platform:

T.T.

("Plaintiff").

2. At the time of the filing of this *Short-Form Complaint*, Plaintiff resides at:

Anna, Collin County, Texas

### B.     DEFENDANT(S)

1. Plaintiff names the following Defendants in this action

☒ UBER TECHNOLOGIES, INC.;[2]

☒ RASIER, LLC;[3]

☒ RASIER-CA, LLC;[4]

☐ OTHER  (specify): _____ . This  defendant's residence is in (specify state): _____ .

---

[1] *See* Pretrial Order No. 6, at II(C) (ECF No. 177).
[2] Delaware corporation, with its principal place of business California.
[3] A limited liability company whose sole member, Uber Technologies, Inc., is a citizen of Delaware and California.
[4] A limited liability company whose sole member, Uber Technologies, Inc., is a citizen of Delaware and California.

- 2 -

SHORT-FORM COMPLAINT

**C.**     **RIDE INFORMATION**

1.     The Plaintiff was sexually assaulted, harassed, battered, or otherwise attacked by an Uber driver in connection with a ride facilitated on the Uber platform in San Diego County, California on June 27, 2021.

2.     The Plaintiff WAS the account holder of the Uber account used to request the relevant ride.

3.     The Plaintiff provides the following additional information about the ride:

**[PLEASE SELECT/COMPLETE ONE]**

☒     The Plaintiff hereby incorporates Plaintiff's disclosure of ride information produced pursuant to Pretrial Order No. 5 ¶ 4 on May 20, 2024, or to be produced in compliance with deadlines set forth in Pretrial Order No. 5 ¶ 4, and any amendments or supplements thereto.

☐     The origin of the relevant ride was [STREET ADDRESS, CITY, COUNTY, STATE]. The requested destination of the relevant ride was [STREET ADDRESS, CITY, COUNTY, STATE]. The driver was named [DRIVER NAME].

**III.     CAUSES OF ACTION ASSERTED**

1.     The Causes of Action asserted in the *Plaintiffs' Master Long-Form Complaint,* and the allegations with regard thereto in the *Plaintiffs' Master Long-Form Complaint,* are adopted in this *Short-Form Complaint* by reference, except that Plaintiff opts out of and excludes the causes of action specified below:

- 3 -

SHORT-FORM COMPLAINT

| Check any EXCLUDED causes of action | Cause of Action Number | Cause of Action |
|---|---|---|
| ☐ | I | NEGLIGENCE (including Negligent Hiring, Retention, Supervision, and Entrustment) |
| ☐ | II | FRAUD AND MISREPRESENTATION |
| ☐ | III | NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS |
| ☐ | IV | COMMON CARRIER'S NON-DELEGABLE DUTY TO PROVIDE SAFE TRANSPORTATION[5] |
| ☐ | V | OTHER NON-DELEGABLE DUTIES TO PROVIDE SAFE TRANSPORTATION[6] |
| ☐ | VI | VICARIOUS LIABILITY FOR DRIVERS' TORTS – EMPLOYEE |
| ☐ | VII | VICARIOUS LIABILITY FOR DRIVERS' TORTS – APPARENT AGENCY |
| ☐ | VIII | VICARIOUS LIABILITY FOR DRIVERS' TORTS – RATIFICATION |
| ☐ | IX | VICARIOUS LIABILITY FOR DRIVERS' TORTS – Cal. Public Utilities Code § 535 |
| ☐ | X | STRICT PRODUCTS LIABILITY – DESIGN DEFECT |
| ☐ | XI | STRICT PRODUCTS LIABILITY – FAILURE TO WARN |
| ☐ | XII | STRICT PRODUCTS LIABILITY – PRODUCT LIABILITY ACTS |
| ☐ | XIII | UNFAIR COMPETITION LAW – Cal. Bus. & Prof. Code § 17200 et seq. |

---

[5] This claim is pleaded in the *Plaintiffs' Master Long-Form Complaint* under the laws of every state **except: Arizona, Colorado, District of Columbia, Illinois** (for incidents prior to August 11, 2023), **Michigan, Montana** (for incidents prior to April 23, 2023), **New York, Pennsylvania, Wisconsin,** and **Wyoming.**

[6] This claim is pleaded in *Plaintiffs' Master Long-Form Complaint* under the laws of every state **except:** District **of Columbia, Michigan, New York, Pennsylvania.**

- 4 -

SHORT-FORM COMPLAINT

1    **VI.    ADDITIONAL CAUSES OF ACTION AND/OR ALLEGATIONS**

2

3

| **NOTE** |
|---|
| If Plaintiff wants to allege additional Cause(s) of Action other than those selected in paragraph 10, the specific facts supporting any such additional Cause(s) of Action, must be pled in a manner complying with the requirements of the Federal Rules of Civil Procedure (*see* paragraph 11). In doing so you may attach additional pages to this *Short-Form Complaint*. |

8          1.      Plaintiff asserts the following additional theories against the Defendants designated in

9    paragraph 6 above:

10

11

12

13

14

15

16          2.      If Plaintiff has additional factual allegations not set forth in *Plaintiff's Master Long-*

17    *Form Complaint,* they may be set forth below or in additional pages:

18

19

20

21

22

23          **WHEREFORE**, Plaintiff prays for relief and judgment against Defendants for economic and

24    non-economic compensatory and punitive and exemplary damages, together with interest, costs of

25    suit, attorneys' fees, and all such other relief as the Court deems proper, and such further relief as the

26    Court deems equitable and just, and as set forth in the *Plaintiffs' Master Long-Form Complaint.*

27

28

SHORT-FORM COMPLAINT

1

**JURY DEMAND**

2

    Plaintiff hereby demands a trial by jury as to all claims in this action.

3

Dated: May 20, 2024                     Respectfully submitted,

4

5

**PULASKI KHERKHER, PLLC**

6

*/s/ D. Douglas Grubbs*

7

D. Douglas Grubbs (TX Bar No. 24065339)
(*Admitted Pro Hac Vice*)

8

Adam K. Pulaski (TX Bar No. 16385800)
(*Admitted Pro Hac Vice*)

9

2925 Richmond Avenue, Suite 1725
Houston, Texas 77098

10

Tel: 713-664-4555

11

Facsimile: 713-664-7543
dgrubbs@pulaskilawfirm.com

12

adam@pulaskilawfirm.com

13

Counsel for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHORT-FORM COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2024, I electronically transmitted the foregoing SHORT-FORM COMPLAINT to the Clerk's office using the CM/ECF system for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants. Additionally, the foregoing was served on Defendants' counsel via email at: MDL3084-service-Uber@paulweiss.com.


*/s/ D. Douglas Grubbs*
D. Douglas Grubbs

SHORT-FORM COMPLAINT